# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VS22 | E 1024886 | Wildermuth | 3725 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 6/29/2024 | 327.2.b |

**Place of Offense:** Salmon Run

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Parking in Violation of Postal Restriction

---

### DEFENDANT INFORMATION

**Last Name:** Woodrum
**First Name:** Nicholas

[Street Address redacted]

[Tag No. / State / Year / Make/Model / PASS / Color — redacted]

---

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

$ 130 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 110 N. Heber St. Beckley WV 25801
**Date:** Oct 22, 2024
**Time:** 10:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signed]

Original - CVB Copy

*E1024886*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JUNE 29, 20 24 while exercising my duties as a law enforcement officer in the HUNTINGTON District of WEST VIRGINIA, WHILE ON PATROL IN THE SALMON RUN PARKING LOT I DISCOVERED THIS VEHICLE PARKED IN FRONT OF U.S.A.C.E. NO PARKING SIGNS.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 6/29/2024   Officer's Signature [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license. CMV = Commercial vehicle involved in incident.